Lynette CHAPMAN, Plaintiff–Appellant,

v.

The HIGBEE COMPANY, Doing Business as Dillard Department Stores, Inc., Defendant–Appellee.

No. 99–3970.

United States Court of Appeals, Sixth Circuit.

Oct. 17, 2001.

BEFORE: MARTIN, Chief Judge, BOGGS, SILER, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, and GILMAN, Circuit Judges.

### ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

> "The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this Court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED,** that the previous decision and judgment of this Court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as directed by the Court.